**1510 CLEVELAND vs. AMY (Assessor), No. 12330.**

To compel respondent to pay order drawn by P. H. Doyle, moderator, and D. B. Sanders, director, for relator's salary as teacher. Contract entered into August, 1891, for term to be fixed at annual meeting. School to commence September 7, 1891. At annual meeting one Chipman received a plurality only of votes cast for director to succeed Sanders, and one Durham received a plurality only of votes cast for moderator to succeed Doyle. Sanders and Doyle insisted that there was no election. Payment was refused (1) because the order was not signed by officers de jure, and (2) that the then officers had no authority to bind their successors by a contract extending beyond their term of office.

Granted November 13, 1891, with costs.

**1511 SEABURY ET AL. vs. BOARD OF AUDITORS (Wayne), No. 13455, 96 M., 46.**

To compel respondent to pay relators' salaries as deputy clerks of the Justice Court of Detroit.

Granted June 8, 1893.

**1512 MUNGER (Co. Treas.) vs. CLERK (Board of Supervisors, Bay), 38 M., 307.**

To compel respondent to sign an order upon the county treasurer for the amount received by said county treasurer for office charges on payments under the tax laws, the same having been included in the compensation of that officer by the board of supervisors.

Granted January 29, 1878.